

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Linna Buser<br><br>Plaintiff,<br>V.<br><br>Lonnie Tiran<br><br>Defendant. | Civil Action No.   23cv1750-LAB(MSB)<br><br><br>JUDGMENT IN A CIVIL CASE |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

 and decreed that Petitioner and Plaintiff-in-Limitation Linna Buser's ex parte application is granted (Dkt. 8), and Buser and the vessel, an Inflatable Fiji 7' Dinghy, are forever exonerated and discharged from any and all claims, losses, liabilities, and/or injuries arising from the incident on July 3, 2021.

Date:   3/18/24

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/  R. Chapman

R. Chapman, Deputy